IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ROSIE LEE MURPHY,**              ) | |
|                                    ) | |
|     Plaintiff,                     ) | |
|                                    ) | CIVIL ACTION NO. |
|     v.                             ) | 2:25cv771-MHT |
|                                    ) | (WO) |
| **ALABAMA MENTAL HEALTH**          ) | |
| **AUTHORITY, et al.,**             ) | |
|                                    ) | |
|     Defendants.                    ) | |

## OPINION

Plaintiff, who is pro se, filed this lawsuit against well over 100 defendants asserting that they violated her constitutional rights and committed various torts and criminal offenses against her, ranging from negligence to false imprisonment and bribery to attempted murder. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed before service of process as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1); that plaintiff's motion for a preliminary injunction be

denied; and that plaintiff be declared a vexatious litigant. The magistrate judge further recommends that the court enter an order to the effect that, in the event plaintiff files another frivolous pleading in the future, after appropriate review, the court will summarily dismiss the pleading and the case without prejudice or order plaintiff to pay the filing fee before she is allowed to proceed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.  As explained in the recommendation, plaintiff not only has filed multiple similarly frivolous lawsuits in this district but also has repeatedly behaved in a disruptive manner in the office of the clerk of court, which has interfered with the operations of this court.

An appropriate order and judgment will be entered.

DONE, this the 1st day of December, 2025.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE