IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY,              ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                         ) | 2:25cv771-MHT |
|                                ) | (WO) |
| ALABAMA MENTAL HEALTH          ) | |
| AUTHORITY, et al.,             ) | |
|                                ) | |
|     Defendants.                ) | |

ORDER, JUDGMENT, AND DECLARATION

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECLARATION of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed as frivolous, without leave to amend, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(3) Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied.

(4) Plaintiff's motion for a preliminary injunction (Doc. 7) is denied.

(5) Plaintiff is declared a vexatious litigant.

(6) As a result of being declared a vexatious litigant, if plaintiff files another frivolous complaint or other pleading in the future, after conducting an appropriate review of the pleading, the court shall either (a) summarily dismiss the case without prejudice, or (b) order plaintiff to pay the filing fee before she is allowed to proceed.

(7) Because no defendants have appeared in the case, no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of December, 2025.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE