IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv771-MHT |
| ) | (WO) |
| ALABAMA MENTAL HEALTH ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiff's "Motion for Notice to Appeal" (Doc. 29), in which she asks the court file the document on December 31, 2025, it is ORDERED that the motion is denied.

DONE, this the 29th day of January, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**